IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00601-JLK**

**DENNIS COFOID, ET AL.**,

      Plaintiffs,

v.

**OPPENHEIMERFUNDS, INC., a Colorado corporation.
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York corporation, and
ANGELO MANIOUDAKIS,**

      Defendants.

## ORDER OF CONSOLIDATION AND STAY

Kane, J.

In light of the Joint Status Report, it is

**ORDERED** that this case is **CONSOLIDATED FOR DISCOVERY ONLY**, and not for trial, with **09-cv-386-JLK-KMT** and **09-cv-01186-JLK-KMT** (Oppenheimer Fixed Income Class Actions). It is

**FURTHER ORDERED** that this case is **STAYED** until such time as the court issues its decision on the motions to dismiss filed in the Fixed Income Actions. Discovery related in this case shall be made in 09-cv-00386-JLK-KMT, and shall specify that it concerns the Cofoid Action.

Dated this 29th day of March, 2011.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court