**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 11-cv-00601-JLK

DENNIS COFOID, et al.,

    Plaintiffs,

OPPENHEIMERFUNDS, INC., a Colorado Corporation
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York Corporation, and
ANGELO MANIOUDAKIS,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #16), filed February 15, 2012. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion. This matter is stayed through and including Friday April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

DONE this 15th day of February, 2012.

                BY THE COURT:

                *s/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court